# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADRIEN SANDOVAL, | No. CV 11-05874-DDP (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | |
| LOS ANGELES SHERIFF'S DEPARTMENT, | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: August 5, 2013

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE