JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ADRIEN SANDOVAL, | No. CV 11-05874-DDP (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: August 5, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE